IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. SMITH, JR.,

    Petitioner,                                  JUDGMENT IN A CIVIL CASE

v.                                                Case No. 16-cv-9-slc

WILLIAM POLLARD,

    Respondent.

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of James A. Smith Jr. for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

    /s/                                                                10/26/2016

Peter Oppeneer, Clerk of Court                         Date